# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JAMES E. WASHINGTON, | : | Case No. 3:19-cv-402 |
| | : | |
| Plaintiff, | : | District Judge Douglas R. Cole |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| VENDORS RESOURCE | : | |
| MANAGEMENT, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## PRELIMINARY PRETRIAL CONFERENCE ORDER

In accordance with mandates of Fed. R. Civ. P. 26(f), the parties must meet and confer in order to file their 26(f) Report by **February 14, 2020**. Pretrial procedures and forms can be found on the Court's website at www.ohsd.uscourts.gov. The Court will thereafter, pursuant to Rule 16(b), enter a Calendar Order or will set and hold a Scheduling Conference after which a Calendar Order will issue.

January 13, 2020                                              *s/Sharon L. Ovington*
                                                                                                Sharon L. Ovington
                                                                                                United States Magistrate Judge