# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JAMES E. WASHINGTON, | : | Case No. 3:19-cv-402 |
| | : | |
| Plaintiff, | : | District Judge Douglas R. Cole |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| VENDORS RESOURCE MANAGEMENT, *et al.*, | : | |
| | : | |
| Defendant. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTIONS TO DISMISS

You are hereby notified that Defendants Team Seagraves d/b/a RE/MAX Alliance Realty and John Seagraves filed a Motion to Dismiss on January 16, 2020. (Doc. #13). Additionally, Defendants Irongate Realtors, Steve Brown, Coldwell Banker Heritage Realtors, Kal Mughrabi, and Dayton Realtors f/k/a Dayton Area Board of Realtors filed a Motion to Dismiss on January 16, 2020. (Doc. #14). You should receive a copy of the Motions directly from Defendants. Your responses must be filed with the Court not later than **February 10, 2020**. If you fail to file a response timely, Defendants' Motions to Dismiss may be granted and your case dismissed.

Defendant Sage Acquisitions, LLC filed a Motion to Dismiss on January 21, 2020. (Doc. #27). You should receive a copy of the Motion directly from Defendant. Your response must be filed with the Court not later than **February 14, 2020**. If you fail to file

a response timely, Defendant's Motion to Dismiss may be granted and your case dismissed.

January 22, 2020                               *s/Sharon L. Ovington*
                                               Sharon L. Ovington
                                               United States Magistrate Judge