IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | | |
|---|---|---|---|
| JAMES E. WASHINGTON, d/b/a SALES POINT REALTORS, | ) ) ) | | |
| Plaintiff, | ) ) | Judge: | Douglas R. Cole |
| v. | ) ) | Case No.: | 3:19-CV-00402-DRC-SLO |
| VENDOR RESOURCE MANAGEMENT, et al., | ) ) ) | **ORDER GRANTING MOTION FOR AN EXTENSION OF TIME** | |
| Defendants. | ) | | |

This matter came to be heard on motion of Defendant Vendor Resource Management, Inc. for an extension of time up to and including February 21, 2020 to answer, move, or otherwise plead in response to Plaintiff's complaint, due notice having been given and the court being fully advised. Having reviewed the motion and supporting information, and for good cause, the Court hereby orders:

1. VRM's motion is well-taken and is accordingly granted.

2. VRM shall answer, move, or otherwise plead in response to Plaintiff's complaint on or before February 21, 2020.

2-6-20
Date

_Sharon L. Ovington_
United States Magistrate Judge