# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JAMES E. WASHINGTON, | : | Case No. 3:19-cv-402 |
| | : | |
| Plaintiff, | : | District Judge Douglas R. Cole |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| VENDORS RESOURCE MANAGEMENT, *et al.*, | : | |
| | : | |
| Defendant. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that Defendant PNC Bank, National Association filed a Motion to Dismiss on February 6, 2020. (Doc. #13). You should receive a copy of the Motion directly from Defendant. Your response must be filed with the Court not later than **March 2, 2020**. If you fail to file a timely response, Defendant's Motion to Dismiss may be granted and your case dismissed.

February 7, 2020

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge